1  MELINDA HAAG, (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  ILA C. DEISS (NYBN 3052909)
   Assistant United States Attorneys
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7124
6      Fax: (415) 436-7169
       Ila.deiss@usdoj.gov
7
8  Attorneys for Defendant

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
13  AMERICAN CIVIL LIBERTIES UNION,  )   Case No. C 11-1997 RS
    OF NORTHERN CALIFORNIA; SAN      )
    FRANCISCO BAY GUARDIAN,          )
14                                   )
           Plaintiffs,               )   **STIPULATION TO EXTEND DATES;**
15                                   )   **and [PROPOSED] ORDER**
         v.                          )    AS MODIFIED BY THE COURT
16                                   )
    DRUG ENFORCEMENT                 )   Case Conference:   August 4, 2011
17  ADMINISTRATION,                  )
                                     )
18         Defendant.                )
                                     )
19  ─────────────────────────────────

20      Pursuant to Civ. Local Rule 6-2(a), Plaintiffs, by and through their attorneys of record,

21  and Defendant, by and through their attorney of record, hereby stipulate to a brief extension of

22  dates.

23      1.  An initial case management conference in this Freedom of Information Act litigation

24  is set for August 4, 2011.

25      2.  The attorney for the defendant is unavailable that week due to pre-scheduled vacation.

26      3.  No prior requests for extensions of time have been made.

27      4.  No other Court dates are impacted.

28      5.  The parties are actively trying to narrow the issues.

1   Accordingly, the parties request the case management conference and hearing to be reset
September 1, 2011 at 10:00 a.m.
2   August 25, 2011, with a case management statement due seven (7) days prior.

3

4   Dated: July 11, 2011                        Respectfully submitted,

5                                               MELINDA HAAG
                                                United States Attorney
6

7                                               _____/s/_____
                                                ILA C. DEISS
8                                               Assistant United States Attorney
                                                Attorneys for Defendant
9

10
Dated: July 11, 2011                            _____/s/_____
11                                              LINDA LYE
                                                Attorney for Plaintiffs
12

13

14

15                          **ORDER**
                                                        September 1, 2011 at 10:00 a.m.
16      Based on the foregoing, the case management conference and is reset to August 25, 2011,

17   with a joint case management conference statement due seven (7) days prior.

18

19   Dated:  7/11/12

20                                              RICHARD SEEBORG
                                                United States District Court Judge
21

22

23

24

25

26

27

28

Stipulation to Extend Dates; and [Proposed] Order
C 11-1997 RS                         2