*E-Filed 2/22/12*

MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
E-mail: ila.deiss@usdoj.gov

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN,<br><br>Plaintiffs,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>Defendant. | No. C 11-1997 RS<br><br>**JOINT FURTHER CASE MANGEMENT CONFERENCE STATEMENT; and** [PROPOSED] **ORDER** AS MODIFIED BY THE COURT<br><br>Date: March 1, 2012<br>Time: 10:00am |

     The parties hereby submit the following Joint Further Case Management Conference Statement pursuant to Rule 16-9 of the Local Civil Rules for the Northern District of California:

     1.    Plaintiffs brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. (Dkt. No 1).

     2.    On October 28, 2011, the Court granted each parties' cross-motion for summary judgement in part. (Dkt No. 48).

     3.    The Court directed Defendant to, among other things, supplement its search descriptions, conduct additional searches for responsive records, and release certain documents. Order at 24-25.

4. Defendant complied with the Court's order and provided a status report and supplemental declaration on December 30, 2011. (Dkt No. 52).

5. There are no further matters in dispute.

6. The parties intend to meet and confer regarding possible fees under 5 U.S.C. § 552(a)(4)(E).

7. If a stipulation of dismissal is not filed as of April 26, 2012, the parties must appear on that date at 1:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, S.F., to show why the case should not be dismissed. Failure to appear may result in dismissal.

Dated: February 22, 2012                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                            _____/s/_____
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorneys for Defendant



Dated: February 22, 2012                    _____/s/_____
                                            LINDA LYE
                                            Attorney for Plaintiffs



### [~~PROPOSED~~] ORDER

The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated: 2/22/12                              _____
                                            RICHARD SEEBORG
                                            United States District Judge

Joint Case Management Conference Statement; and [~~Proposed~~] Order
C 11-1997 RS                                2