IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>　　　　Defendants. | No. C 11-01997 RS<br><br>**ORDER PURSUANT TO STIPULATION** |

Pursuant to the parties' stipulation (Dkt. No. 63), the following briefing schedule shall apply to plaintiff's motion for reasonable attorney's fees and litigation costs: defendant's opposition must be filed on or before June 7, 2012.  Plaintiff's reply must be filed on or before June 28, 2012.  This motion is appropriate for disposition without a hearing, pursuant to Local Civil Rule 7-1(b), and the noticed hearing is therefore vacated.

IT IS SO ORDERED.

Dated: 5/11/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE